COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    James Earl Hogue v. Office of the Attorney General

Appellate case number: 01-18-00333-CV

Trial court case number: 2016-74265

Trial court:                311th District Court of Harris County

Although the court reporter filed an info sheet stating that no reporter's record was taken, the clerk's record has yet to be filed. Appellant, who is incarcerated in Wyoming, has filed a statement of inability to pay costs on appeal. Upon due consideration of appellant's statement of inability to pay costs on appeal, the Clerk of this Court is **ORDERED** to deem appellant indigent and allowed to proceed on appeal without advance payment of costs.

It is further **ORDERED** that the district clerk file the clerk's record at no cost to appellant **within 30 days** of the date of this order. Because appellant is proceeding pro se, the district clerk is further **ORDERED** to mail a copy of the clerk's record to appellant **within 30 days** of the date of this order, at no cost to appellant, and shall further certify to this Court the date that the record was mailed **within 40 days** of the date of this order.

It is so ORDERED.

Judge's signature: /s/ Jane Bland_____
                        Acting individually


Date: May 22, 2018_____